

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Daniel  Paredes v. JLW Development, Inc. and Hockley Properties, LLC

Appellate case number:   01-19-00210-CV

Trial court case number:  2012-22021

Trial court:                      125th District Court of Harris County

      Appellant's third motion for extension of time to file his brief is **denied.** However, pursuant to this Court's January 22, 2020 letter, appellant has until February 3, 2020 to file his brief. **If this Court does not receive appellant's brief on or before February 3, 2020, this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1), 42.3.

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually


Date: <u>January 30, 2020</u>